co-defendants are alleged to have acted with full notice. It is not, however, important to express a definitive opinion on this point.

The writ of inquiry and inquisition must be set aside with costs. The plaintiff may enter a *nolle prosequi* and issue a new writ, in conformity with the principles above expressed.

ALBANY,
April, 1833.

Bohanan
v.
Peterson.

---

### ANON.

A *mandamus* will not be granted commanding a justice to proceed in a suit before him in which he had given judgment of *nonsuit*, which subsequently was reversed in the common pleas.

A MOTION was made for a *mandamus* commanding a justice of the peace to proceed and try a cause in which he had granted judgment of *nonsuit* against the plaintiff, who had sued out a *certiorari* and reversed such judgment of the justice.

April 18.

*By the Court,* SUTHERLAND, J. The reversal of the justice's judgment and the restitution of the costs which the common pleas were authorized to award, gave the plaintiff all he was entitled to ; if he wishes further to prosecute the defendant, he must begin *de novo*.

Motion denied.

---

### BOHANAN vs. PETERSON.

An *attorney* is not liable to imprisonment in an *action* for monies collected ; if the plaintiff seeks to imprison him, he must proceed by *attachment* as for contempt.

THE plaintiff, with the view of depriving the defendant of exemption from imprisonment under the act abolishing imprisonment for debt, asked leave to enter a suggestion on the record, that the action in this case was brought for monies collected by the defendant as an attorney of this court. The

April 18.